# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LINDA McGRAW<br><br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Commissioner of Social Security<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 1:15-CV-03054-FVS<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Plaintiff's Motion to File Excess Pages is GRANTED. The Plaintiff's Summary Judgment Motion is DENIED. The Defendant's Summary Judgment Motion is GRANTED. The ALJ's decision of February 20, 2015, is RESERVED. This matter is remanded to the Social Security Administration for a de novo administrative hearing before a new ALJ, who shall utilize the five-step sequential evaluation process in order to determine whether Ms. McGraw is disabled. The ALJ shall consider all admissible evidence in making that determination.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Van Sickle on motions for Summary Judgment.

Date: October 28, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy